IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RONALD P. HAYDEN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv948-ID |
| | )            (WO) |
| **W. M. COPPAGE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby ENTERED in favor of Defendants and against Plaintiffs on Counts One, Two and Three of the amended complaint.

It is further CONSIDERED and ORDERED that Plaintiffs' state-law claims in Counts Four, Five and Six are hereby REMANDED to the Circuit Court of Montgomery County, Alabama, pursuant to 28 U.S.C. § 1367(c)(3).

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Plaintiffs, for which let execution issue.

DONE this 4th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE